# McCormick, Paulding & Huber LLP
*Intellectual Property Law*

*Offices in*
Hartford, CT and
Springfield, MA

*From the desk of*
**Wm. Tucker Griffith**
Tucker@ip-lawyers.com
Tel 860. 549.5290
Fax 860. 527.0464

CityPlace II
185 Asylum Street
Hartford, CT
06103-3410
www.ip-lawyers.com

John C. Linderman*▶
J. Kevin Grogan*▶
Marina F. Cunningham*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Kevin H. Vanderleeden▶
Gerald L. DePardo*
Emily J. Kasperowski▶
Michael D. Cartona*
Scott A. Lydon*
Alan T. Harrison*
Sergio F. Chung*

*Admitted in CT
▶Admitted in MA

Counsel
Geoffrey G. Dellenbaugh*

*Of Counsel*
Arthur F. Dionne*▶
Donald K. Huber*
John C. Hilton*

*Trademark Specialist*
Mallory Hein*

December 31, 2014

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: International Information Systems Security Certification Consortium, Inc. v. Security University, LLC and Sondra Schneider - Case No. 14-3456

Dear Madam or Sir:

In accordance with FRAP 31 and LR 31.2(a)(1)(B), Security University, LLC and Sondra Schneider, the Appellees in the above-references case, hereby request that the deadline to file their brief be set for Thursday, March 19, 2015. This date is within 91 days from December 19, 2014, the filing date of Appellant's brief.

Respectfully submitted.

By _____
Wm. Tucker Griffith
Counsel for Appellees

TG/sb

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

International Information Syst. v.

Security University, LLC

and Sondra Schneider

**CERTIFICATE OF SERVICE**
Docket Number: 14-3456

I, Wm. Tucker Griffith, hereby certify under penalty of perjury that on December 31, 2014, I served a copy of the letter to the Clerk of the Court notifying the Court of the date Appellees request their brief to be filed (LR 31.2(a)(1)(B)).

(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [✓] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Fatima Lahnin | 195 Church Street | New Haven | CT | 06509 |

December 31, 2014
Today's Date

Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form